FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC - 2 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | Criminal Information |
| JAYDEN WILLIAMS, A/K/A "WORSTWAY" | No. 1:25-CR-517 |

THE UNITED STATES ATTORNEY CHARGES THAT:

1. On or about August 10, 2020, in the Northern District of Georgia, the defendant, JAYDEN WILLIAMS, a/k/a "Worstway," knowingly and willfully conspired, agreed, and had a tacit understanding with others known to the United States Attorney, to assault A.K. with a dangerous weapon in aid of racketeering, in violation of Title 18, United States Code, Section 1959(a)(3).

2. In furtherance of the conspiracy, WILLIAMS and his co-conspirators committed at least one of the following overt acts:

   a. The Nine Trey Gangsters ("NTG") are a criminal enterprise engaged in racketeering activity, including murder, assault, obstruction of justice, drug trafficking, and other crimes. At all times relative to conspiracy, WILLIAMS and his co-conspirators were members of NTG.

   b. On August 10, 2020, WILLIAMS and four co-conspirators traveled together to a recording studio located at 680 Murphy St., Atlanta, GA, located within the Northern District of Georgia.

    b.  WILLIAMS and his co-conspirators traveled to the studio for the express purpose of shooting individual A.K.

    c.  Upon arriving at 680 Murphy St., two of WILLIAMS' co-conspirators got out of the car they traveled in and approached A.K. with firearms drawn.   WILLIAMS and two other co-conspirators remained with the vehicle.

    d.  One of WILLIAMS co-conspirators shot A.K. once in the stomach, before he and the other co-conspirator retreated to the vehicle where WILLIAMS and other two co-conspirators were waiting.

    e.  WILLIAMS and his co-conspirators then fled from the scene of the shooting in the same vehicle they arrived in.

    f.  WILLIAMS participated in the shooting for the purpose of maintaining and increasing his position in NTG.

All in violation of Title 18, United States Code, Section 371.

THEODORE S. HERTZBERG
*United States Attorney*

MATTHEW S. CARRICO
*Assistant United States Attorney*
Georgia Bar No. 538608

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181